**FIDELITY NATIONAL LAW GROUP**
**A Division of Fidelity National Title Group, Inc.**
**DREW M. TAYLOR** (SBN 269139)
E-mail: Drew.Taylor@fnf.com
915 Wilshire Blvd., Suite 2100
Los Angeles, California 90017
Telephone: (213) 438-4416
Facsimile: (213) 438-4417

Attorneys for Plaintiff KERN SCHOOLS
FEDERAL CREDIT UNION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERN SCHOOLS FEDERAL CREDIT UNION, a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, DOES 1 through 10; <br><br> Defendants. | CASE NO. 1:11-CV-00322-OWW-JLT <br><br> **STIPULATION FOR PARTIAL RELEASE OF LIEN AND DISMISSAL WITH PREJUDICE; ORDER** |

This Stipulation and Partial Release between Defendant United States of America ("United States") and Plaintiff Kern Schools Federal Credit Union is made with reference to the following facts:

1. The United States recorded a lien pursuant to 18 U.S.C. § 3613(a) against Rene Campos on August 8, 2001, in the official records of Kern County, as document number 0201114172 ("NOTICE OF LIEN FOR FINE/RESTITUTION"). The NOTICE OF LIEN FOR FINE/RESTITUTION was issued out of the case entitled <u>United States v. Campos</u>, District Court Case No. CR F 00-5442-AWI-JLT.

2. Rene Campos and Julia Campos obtained legal title to the Subject Real Property (as hereafter described) in 2005 when they borrowed $280,000.00 from Plaintiff to acquire the Subject Real Property. The loan was secured by a Deed of Trust on the Subject Real Property in

1  favor of Plaintiff, and was recorded on April 29, 2005 in the official records of Kern County as

2  instrument number 0205107519 ("Kern Schools Deed of Trust").

3        3.    The Subject Real Property is located in Kern County, State of California, and is

4  commonly known as 7004 Murphys Lane, Bakersfield, CA 93309-3471 ("Subject Real

5  Property") and legally described as:

> LOT 3 OF TRACT 4550, IN THE CITY OF BAKERSFIELD, COUNTY OF KERN, STATE OF CALIFORNIA, AS PER MAP RECORDED SEPTEMBER 21, 1982 IN BOOK 32, PAGES 4 AND 5 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.
>
> EXCEPT ALL OIL, GAS AND OTHER HYDROCARBONS AND ALL OTHER MINERALS OF WHATEVER KIND OF CHARACTER (ALL HEREIN COLLECTIVELY CALLED "MINERALS"), WHETHER NOW KNOWN TO EXIST OR HEREAFTER DISCOVERED (IT BEING INTENDED THAT THE WORD "MINERALS" AS USED HEREIN SHALL BE DEFINED IN THE BROADEST SENSE OF THE WORD AND SHALL INCLUDE, BUT NOT BE LIMITED TO, OIL, GAS, OTHER HYDROCARBONS AND ALL OTHER MINERAL SUBSTANCES AND PRODUCTS, BOTH METALLIC AND NONMETALLIC, SOLID, LIQUID OR GASEOUS), WHICH ARE UPON, IN , UNDER OR MAY BE PRODUCED FROM SAID REAL PROPERTY; ALL SALT WATER WHICH IS IN, UNDER OR MAY BE PRODUCED FROM SAID REAL PROPERTY; THE EXCLUSIVE RIGHT, BY WHATEVER METHODS NOW OR HEREAFTER KNOWN, AS GRANTOR OR ITS SUCCESSORS OR ASSIGNS, MAY DEEM ADVISABLE, TO PROSPECT FOR, INVESTIGATE FOR, EXPLORE FOR, DRILL FOR, PRODUCE, MINE, EXTRACT, REMOVE AND REDUCE TO POSSESSION AND OWNERSHIP, ALL SUCH MINERALS AND SALT WATER WHICH ARE UPON, IN, UNDER OR MAY BE PRODUCED FROM SAID REAL PROPERTY; THE EXCLUSIVE RIGHT TO DRILL INTO AND THROUGH SAID REAL PROPERTY TO EXPLORE FOR AND THEREAFTER PRODUCE AND EXTRACT MINERALS WHICH MAY BE PRODUCED FROM ADJACENT REAL PROPERTY; THE RIGHT TO LAY, CONSTRUCT, ERECT AND PLACE UPON AND IN SAID REAL PROPERTY, AND USE, MAINTAIN AND OPERATE THEREON AND THEREAFTER REMOVE, ALL BUILDINGS, TANKS, PRESSURE PLANTS AND OTHER MACHINERY, FIXTURES AND EQUIPMENT, PIPELINES, TELEPHONE LINES, ELECTRIC POWER LINES, ROADS, POWER HOUSES AND OTHER STRUCTURES AND FACILITIES AS GRANTOR OR ITS SUCCESSORS OR ASSIGNS, MAY DEEM ADVISABLE, FOR THE EXERCISE AND ENJOYMENT OF THE RIGHTS HEREIN EXCEPTED AND RESERVED; THE EXCLUSIVE RIGHT TO TREAT, PROCESS, (BUT NOT REFINE), STORE UPON AND REMOVE FROM SAID REAL PROPERTY SUCH MINERALS AND SALT WATER; THE EXCLUSIVE RIGHT TO PRODUCE AND EXTRACT SUCH MINERALS BY REPRESSURING THE SUBSURFACE SANDS AND STRATA WITH FLUIDS OR GASES OR BY SUCH OTHER METHOD OR METHODS AS GRANTOR OR ITS SUCCESSORS OR ASSIGNS, MAY DEEM ADVISABLE, AND TO INJECT IN AND STORE AND THEREAFTER REMOVE SUCH FLUIDS AND GASES, WHETHER OR NOT INDIGENOUS TO SAID REAL PROPERTY; THE RIGHT AT ALL TIMES, WITHOUT CHARGE, TO INVESTIGATE FOR, EXPLORE FOR, DRILL FOR, PRODUCE, REMOVE AND REDUCE TO POSSESSION AND OWNERSHIP,

THOSE QUANTITIES OF FRESH WATER FROM AQUIFERS UNDERLYING SAID REAL PROPERTY DEEMED NECESSARY BY GRANTOR OR ITS SUCCESSORS OR ASSIGNS, TO USE IN PROSPECTING, EXPLORING, DRILLING, MINING, PRODUCING, EXTRACTINGAND REMOVING (INCLUDING, BUT NOT LIMITED TO, USE IN UNIT OPERATIONS, WATERFLOOD, THERMAL, OR OTHER SECONDARY RECOVERY METHODS NOW OR HEREAFTER KNOWN), OR OTHER OPERATIONS IN CONNECTION WITH THE FULL ENJOYMENT AND EXERCISE OF THE RIGHTS HEREIN EXCEPTED AND RESERVED; THE RIGHT TO EXERCISE ALL RIGHTS HEREIN EXCEPTED AND RESERVED AND ANY AND ALL OTHER RIGHTS UPON SAID REAL PROPERTY AS GRANTOR OR ITS SUCCESSORS OR ASSIGNS, DEEMS NECESSARY, INCIDENTAL TO OR CONVENIENT, WHETHER ALONE OR CO-JOINTLY WITH NEIGHBORING LANDS, IN EXPLORING FOR, PRODUCING AND EXTRACTING THE MINERALS AND SALT WATER HEREIN EXCEPTED AND RESERVED; AND THE UNLIMITED AND UNRESTRICTED RIGHT OF ACCESS TO SAID MINERALS AND SALT WATER FOR ALL PURPOSES, PROVIDED, HOWEVER, THAT UNLESS THE CONSENT OF THE SURFACE OWNER IS FIRST OBTAINED, GRANTOR, ITS SUCCESSORS AND ASSIGNS, SHALL NOT ENTER UPON THE SURFACE OR IN OR THROUGH THE UPPER FIVE HUNDRED (500) FEET OF THE SUBSTANCE IN THE EXERCISE OF THE RIGHTS EXCEPTED AND RESERVED HEREIN BY DEED FROM TENNECO WEST, INC., A DELAWARE CORPORATION, IN DEED RECORDED JULY 24, 1972 IN BOOK 4703, PAGE 77 OF OFFICIAL RECORDS, AND RE-RECORDED AUGUST 21, 1972 IN BOOK 4714, PAGE 128 OF OFFICIAL RECORDS.

APN: 380-340-03-00-9

4. The Defendant United States and Plaintiff Kern Schools Federal Credit Union, by and through their undersigned attorneys, hereby stipulate and agree that the NOTICE OF LIEN FOR FINE/RESTITUTION that the United States imposed against Rene Campos is partially released and discharged as to only the Subject Real Property described in the Kern Schools Deed of Trust.

5. Except for the Subject Real Property specifically described herein, said judgment for restitution against Rene Campos shall remain in full force and effect.

6. This partial release and discharge is not to be construed as a satisfaction of the judgment for restitution.

7. This partial release and discharge is to take effect immediately upon approval by the Court.

8. Upon approval by the Court, this Stipulation and Partial Release will be recorded in the Kern County Recorder forthwith.

9. All parties have agreed to bear their own attorney's fees and costs.

915 Wilshire Blvd., Suite 2100
Los Angeles, CA 90017

3

**STIPULATION FOR PARTIAL RELEASE AND DISMISSAL WITH PREJUDICE; ORDER**

10. Upon approval by the Court, this action will be dismissed with prejudice as to all parties and all causes of action pursuant to Fed. R. Civ. P. 41(a)(1).

**IT IS SO STIPULATED.**


Dated: June 2, 2011          FIDELITY NATIONAL LAW GROUP
                             A Division Of Fidelity National Title Group, Inc.

                             /s/ Drew M. Taylor
                             _____
                             DREW M. TAYLOR
                             Attorneys for Plaintiff
                             KERN SCHOOLS FEDERAL CREDIT UNION

Dated: June 2, 2011          BENJAMIN B. WAGNER
                             United States Attorney

                             /s/ Jeffrey J. Lodge
                             _____
                             Assistant U.S. Attorney
                             Attorneys for Defendant
                             United States of America

**ORDER OF DISMISSAL**

The above Stipulation and Partial Release is **APPROVED**. The NOTICE OF LIEN FOR FINE/RESTITUTION that the United States imposed against Rene Campos is partially released and discharged as to <u>only</u> the Subject Real Property described in the Kern Schools Deed of Trust. This action is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated:  **June 3, 2011**              **/s/ Oliver W. Wanger**
                                      UNITED STATES DISTRICT JUDGE

915 Wilshire Blvd., Suite 2100
Los Angeles, CA 90017